UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER M. BERGNE,

        Plaintiff,

  v.

U.S.DISTRICT COURT et al,

        Defendant.

Case Number: CV07-03413 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter M. Bergne #E-57901
Pleasant Valley State Prison
Housing Unit C4-150 L
Post Office Box 8503
Coalinga, CA 93210

Dated: July 10, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk