IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER M. BERGNE,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S.DISTRICT COURT,<br><br>      Defendant.<br>_____/ | No. CV 07-03413 TEH<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (XX) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the Petition is DISMISSED.

Dated: 07/10/07                                         Richard W. Wieking, Clerk

                                                                         By: R.B. Espinosa<br>
                                                                         Deputy Clerk