UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER M. BERGNE,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. DISTRICT COURT et al,<br><br>        Defendant. | Case Number: CV07-03413 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter M. Bergne #E-57901  
Pleasant Valley State Prison  
Housing Unit C4-150 L  
Post Office Box 8503  
Coalinga, CA 93210

Dated: February 4, 2008

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk