FILED

**NOT FOR PUBLICATION**

JUL 10 2008

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER MICHAEL BERGNE,<br><br>        Petitioner - Appellant,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT; et al.,<br><br>        Respondents - Appellees. | No. 08-15346<br><br>D.C. No. CV-07-03413-THE<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Thelton E. Henderson, District Judge, Presiding

Submitted June 27, 2008[**]

Before:    LEAVY, THOMAS and FISHER, Circuit Judges.

On April 29, 2008, this court concluded that because appellant challenges a condition of confinement in this appeal, a certificate of appealability is

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

XX/COA

unnecessary. *See* 28 U.S.C. § 2253(c)(2). By same order, this court ordered appellant to show cause as to why the district court's July 10, 2007, judgment should not be summarily affirmed.

A review of appellant's response to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

XX/COA